**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**JUL 2 2 2005**

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE MCCROSKEY, ET AL.                                    PLAINTIFFS

vs.                          CASE NO. 4:05CV00915GH

MERCK & CO., INC.                                          DEFENDANT

## ORDER

On motion of defendant, without objection, and for good cause shown, all proceedings in this action are stayed pending transfer decision by the Judicial Panel on Multidistrict Litigation.

IT IS SO ORDERED this 21 day of July, 2005.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE

-1-